UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK TATE,<br><br>    Plaintiff,<br><br>v.<br><br>DOCTOR DIANA NAKASHYAN,<br><br>    Defendant. | Case No. 1:19-cv-01211-EPG (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR SCREENING OF PLAINTIFF'S COMPLAINT<br><br>(ECF NO. 1) |

    In accordance with 28 U.S.C. § 1915A, the Court shall screen Plaintiff's Complaint for cognizable claims and shall dismiss any claims that are frivolous, malicious, fail to state a claim, or that seek relief from a defendant who is immune from suit.

    Good cause appearing, Defendant Dr. D. Nakashyan is granted thirty days from the date of the Court's screening order to file a responsive pleading.

IT IS SO ORDERED.

    Dated: __**September 4, 2019**__          /s/ Erica P. Grosjean
                                                             UNITED STATES MAGISTRATE JUDGE